*Pro Se 15 2016*

FILED _____ LODGED
_____ RECEIVED

DEC 11 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jason Smith

_____

_____,

Plaintiff(s),

v.

Tom Wolfe

_____

_____,

Defendant(s).

CASE NO. 3:19-cv-06187-RBL
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial: ☑ Yes ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                 Jason Smith
Street Address       2605 174th Ave NE
City and County      Redmond WA    KING
State and Zip Code   Washington    98052
Telephone Number     (360) 567-8176

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.    Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name                                  Tom Wolfe
Job or Title *(if known)*             Captain (acting as police chief)
Street Address                        Brererton Police Department
City and County                       1025 Burwell Street
State and Zip Code                    Brererton WA 98052
Telephone Number                      (360) 473-5220
☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                                  _____
Job or Title *(if known)*             _____
Street Address                        _____
City and County                       _____
State and Zip Code                    _____
Telephone Number                      _____
☐ Individual capacity     ☐ Official capacity

Defendant No. 3

Name                                  _____
Job or Title *(if known)*             _____
Street Address                        _____
City and County                       _____
State and Zip Code                    _____
Telephone Number                      _____
☐ Individual capacity     ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

    ☐ Individual capacity    ☐ Official capacity

## II.    PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No    ☑ Yes    If yes, how many? ___1___

Describe the lawsuit:

civil rights complaint after questionable police interaction

Parties to this previous lawsuit:

Plaintiff(s)

Jason Smith

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

Defendant(s)

Officer Ejde

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

Docket Number: CV19 5479 BHS

Assigned Judge: B.H. Settle

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

yes?

Approximate filing date of lawsuit: May 31, 2019

Approximate date of disposition:

## III.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suite against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

there is a policy of practice, or pattern which denies and assaults fundamentally protected rights. My complaints were 'buried' while the police conspired to harm and endanger me, my property, and my clients.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

He had refused to take my complaint. Told me the officer was exonerated. Instructed me to look up Terry v. Ohio, because he knew of plans against me that he suspected would result in a manufactured 'terry' stop.

## IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

My rights were violated. As I asserted them I was further violated. When I complained, a conspiracy to cause harm...

A.    Where did the events giving rise to your claim(s) occur?

Bremerton, Washington.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 23rd – December 15th

C.    What are the facts underlying your claim(s)? *(For example: What happened to you?*

*Who did what? Was anyone else involved? Who else saw what happened?)*

5 police on the scene, with a supervisor who became complicit in illegal actions against me, and refused to take my complaint but instead took part in plan to cause damage and risk safety of public.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

*Pro Se 15 2016*

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

I want $2,000,000 so that I can relocate myself to a safer location, provide for legal and security measures, including a witness and camera operator because that's what this is all about.

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/12/2019

Signature of Plaintiff    *Jason Smith*

Printed Name of Plaintiff    Jason Smith

Date of signing:    _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

Date of signing:    _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8